MARTIN D. SCHOONMAKER, RESPONDENT, *v.* FRANCIS McNALLY, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial. The only question presented by the appeal, was, whether or not the court could say, as a matter of law, that the plaintiff was guilty of contributory negligence, and as the General Term were of the opinion that this could not be done, the judgment was affirmed.

*S. L. Stebbins*, for the appellant.

*Chas. A. Fowler*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment and order affirmed.

---

CHARLES EDDY, RESPONDENT, *v.* ADALINE BAILEY, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee. The General Term directed certain modifications to be made in the judgment entered below, so as to prevent any misunderstanding as to its effect.

*Lamott W. Rhodes*, for the appellant.

*Esek Cowen*, for the respondent.

Opinion *Per Curiam.*

Present — LEARNED, P. J., JAMES and BOARDMAN, JJ.

Judgment modified, without costs to either party.